# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0157. ERNEST JAMARRE LEE v. THE STATE.

Charged with two counts of child molestation and one count of enticing a child for indecent purposes, Ernest Jamarre Lee was initially granted pre-trial bond. In September 2020, the trial court granted the State's motion to revoke Lee's bond. Lee thereafter filed a motion to vacate the order revoking his bond. The trial court denied Lee's motion to vacate, and he filed this appeal. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" An order denying a motion to vacate the revocation of pre-trial bond is not a final judgment under OCGA § 5-6-34 (a) (1), as the case remains pending in the trial court. Consequently, Lee was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review within ten days of the order and filing an application within ten days of the certificate. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*,

194 Ga. App. 857, 857 (392 SE2d 562) (1990). Lee's failure to comply with the required procedure deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/24/2021_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*